UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-337-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| WALTER GREGORY PRIDGEN | ) | |

This matter comes before the Court by motion of the United States to unseal the Criminal Information, Plea Agreement, Calendar Memo, Penalty Sheet, Notice of Related Cases, any prior docket entries, and any subsequent filings in the above-referenced matter. The Defendant knows of and consents to the motion. For the reasons set forth in the motion and for good cause shown, the motion is hereby GRANTED.

The Clerk of Court is directed to unseal the Criminal Information, Plea Agreement, Calendar Memo, Penalty Sheet, Notice of Related Cases, any prior docket entries, and any subsequent filings in the above-referenced matter.

SO ORDERED. This 9 day of May 2011.

JAMES C. DEVER III
United States District Judge